IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-96-GMS |
| JIMMIE LARK, | : | |
| Defendant. | : | |

## **ORDER**

The Court having considered Defendant Jimmie Lark's Motion to Suppress Statements and good cause having been shown therefore;

IT IS HEREBY ORDERED this _____ day of _____, _____, that the statements made at the time of Mr. Jimmie Lark's arrest shall be suppressed.

_____
Honorable Gregory M. Sleet
United States District Court