IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-96-GMS |
| | : | |
| JIMMIE LARK, | : | |
| | : | |
| Defendant. | : | |

**MOTION TO PERMIT THE LATE-FILING OF
DEFENDANT'S PRE-TRIAL MOTIONS**

The defendant, Jimmie Lark, through his attorney, Penny Marshall, hereby moves this Honorable Court, to allow late filing of his Pre-trial Motions.

In support of this motion counsel submits the following:

1.  Pretrial motions were due on December 26, 2005, as per an order of the Court extending time for the filing of Pretrial motions.

2.  Due to other work commitments, defense counsel was unable to file these motions by the deadline set by the Court.

**WHEREFORE**, Defendant Jimmie Lark respectfully requests that the Court enter an Order in the form attached hereto permitting the late filing of his motion to suppress statements.

Respectfully submitted,

/s/
Penny Marshall, Esquire
Federal Public Defender
704 King Street. Suite 110
Wilmington, DE  19801
(302) 573-6010
Attorney for Defendant Jimmie Lark

Dated:  December 28, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-96-GMS |
| | : | |
| JIMMIE LARK, | : | |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that a copy of Defendant's Motion to Permit the Late-Filing of Defendant's Pre-trial Motions is available for public viewing and downloading and was electronically delivered on December 28, 2005, to:

Beth Moskow- Schnoll
Assistant United States Attorney
1007 Orange Street
Suite 700
Wilmington, DE  19801


_/s/_____
Penny Marshall, Esquire
Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, DE  19801
(302) 573-6010
Attorney for Jimmie Lark

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 05-96-GMS |
| | : | |
| JIMMIE LARK, | : | |
| | : | |
| Defendant. | : | |

### **ORDER**

The Court having considered Defendant Lark's Motion to Permit the Late Filing of Defendant's Pretrial Motions;

IT IS HEREBY ORDERED this _____ day of _____, _____ that the defendant's motion is GRANTED, and defendant's pretrial motions are hereby filed.

_____
Honorable Gregory M. Sleet
United States District Court