IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 05-96 GMS |
| | : |
| JIMMIE L. LARK | : |
| | : |

## **NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a Scheduling Conference regarding the above-named defendant is scheduled for **Thursday, February 2, 2006, at 11:30 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, in Chambers, United States Courthouse, 844 King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

January 17, 2006