UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-96-GMS |
| JIMMIE LARK | : |
| Defendant. | : |

### ORDER

Having considered Defendant's Motion to Seal Motion to Continue Sentencing,

**IT IS HEREBY ORDERED** this ___20th___ day of April, 2006, that Defendant's Motion to Continue Sentencing be sealed.

_____
Honorable Gregory M. Sleet
United States District Court

cc:   AUSA Beth Moskow-Schnoll
      FPD Penny Marshall