IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-96 GMS |
| | ) | |
| JIMMIE LARK | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF RESCHEDULING

IT IS HEREBY ORDERED that the sentencing hearing regarding the above-captioned

defendant is rescheduled to **Thursday, July 27, 2006, at 10:00 a.m.** before the Honorable

Gregory M. Sleet, United States District Judge, Courtroom 4A, 844 N. King Street, Wilmington,

DE.

April __20__, 2006

_____
UNITED STATES DISTRICT JUDGE