IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 05-96 GMS |
| ) | |
| JIMMIE LARK ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that the sentencing hearing regarding the above-captioned defendant is rescheduled to **Tuesday, July 25, 2006, at 10:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, Courtroom 4A, 844 N. King Street, Wilmington, DE.

July 10, 2006                                   /s/ Gregory M. Sleet
                                                UNITED STATES DISTRICT JUDGE