UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-96-GMS |
| Jimmie Lark, | : |
| Defendant. | : |

### ORDER

Having considered Defendant's Motion for temporary release, with no objection expressed by the government.

**IT IS HEREBY ORDERED** this __24th__ day of August that

The United States Marshals shall produce Mr. Jimmie Lark by 8:30a.m. on August 29, 2006. Federal Defender Penny Marshall shall assume custody of Mr. Lark for purposes of transporting him to the Lebanon County Commission on Drug and Alcohol Abuse, 220 E. Lehman Street, Lebanon, Pa.17046 for an interview scheduled for 11:30 a.m.

Upon completion of the interview, Mr. Lark shall be returned to the custody of the Marshals at the Delaware United States Federal District Court on August 29, 2006 no later than 4:00 p.m.

Mr. Lark shall not violate any law during his release and shall remain in Counsel's custody while released.

_____
The Honorable Gregory M. Sleet
United States District Court