IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-96-GMS |
| JAMES L. LARK, | : | |
| Defendant. | : | |

## MOTION AND ORDER TO DISMISS

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to dismiss Count Two of the Indictment, pursuant to a Memorandum of Plea Agreement.

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: September 7, 2006

IT IS SO ORDERED this ___7th___ day of ___September___, 2006.

_____
HONORABLE GREGORY M. SLEET
United States District Court Judge